UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

UNITED STATES OF AMERICA

-vs-　　　　　　　　　　　　　　　　　　　　　　　Case No. 2:05cr20408-Ma

PARVIS AFSHAR GOLGOLAB

## ORDER FOR INTERPRETER'S SERVICES

On finding that the services of an interpreter are necessary for interpreting judicial proceedings herein it is, in accordance with the Court Interpreter's Act,

**ORDERED** that an appointed interpreter shall serve at all further judicial proceedings before the Court in this case, with leave to submit claim for compensation therefor at the conclusion of the case on forms provided by the Clerk in accordance with the Act and regulations promulgated thereunder.

**DONE** and **ORDERED** this ____7____ day of December, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　　　TU M. PHAM
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Counsel for Defendant
Financial Unit

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __12-12-05__



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:05-CR-20408 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Lawrence J. Laurenzi
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Braden H. Boucek
STATE ATTORNEY GENERAL'S OFFICE
425 Fifth Avenue N.
Nashville, TN 37243--048

Honorable Samuel Mays
US DISTRICT COURT