FILED BY ᴍ̲ D.C.

05 DEC -7 PM 3: 49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.

PARVIS AFSHAR GOLGOLAB            05cr20408-Ma

## ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY
## UNDER THE SPEEDY TRIAL ACT

The defendant's counsel this day notified the Court that in the interest of justice that this matter be continued. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161(h)(8)(A), a defendant may be granted a period of excludable delay if the ends of justice are served.

It is therefore ORDERED that the time period of __12/7/05__ through __12/14/05__ be excluded from the time its imposed by the Speedy Trial Act for trial of this case.

ARRAIGNMENT IS RESET TO WEDNESDAY, DECEMBER 14, 2005 AT 10:30 A.M. BEFORE MAGISTRATE JUDGE TU M. PHAM.

This __7__ day of __December__, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __12-12-05__

24

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CR-20408 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Braden H. Boucek
STATE ATTORNEY GENERAL'S OFFICE
425 Fifth Avenue N.
Nashville, TN 37243--048

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Lawrence J. Laurenzi
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT