IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 DEC 14  PM 12: 07

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN. MEMPHIS

UNITED STATES OF AMERICA

v.

PARVIS AFSHAR GOLGOLAB                                    05cr20408-Ma

## ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

The defendant's counsel this day notified the Court that in the interest of justice that this matter be continued. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161(h)(8)(A), a defendant may be granted a period of excludable delay if the ends of justice are served.

It is therefore ORDERED that the time period of 12/14/05 through 12/21/05 be excluded from the time its imposed by the Speedy Trial Act for trial of this case.

**ARRAIGNMENT IS RESET TO WEDNESDAY, DECEMBER 21, 2005 AT 10:30 A.M. BEFORE MAGISTRATE JUDGE TU M. PHAM.**

This 14 day of December, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-16-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:05-CR-20408 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Braden H. Boucek
US ATTORNEY'S OFFICE
167 N Main St
Ste 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT