IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 23 PM 2: 4~

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

PARVIS AFSHAR GOLGOLAB                        05cr20408-Ma

## ORDER ON ARRAIGNMENT

This cause came to be heard on _December 23, 2005_ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _S. Shankman for: O. Hamrin_ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

____ The defendant, who is not in custody, may stand on his present bond.
_✓_ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_____
UNITED STATES MAGISTRATE JUDGE

CHARGES - 21:841.f
Possession w/i to distribute a controlled substance

Attorney assigned to Case: B. Boucek

Age: 50

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __12-28-05__

29

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:05-CR-20408 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Braden H. Boucek
US ATTORNEY'S OFFICE
167 N Main St
Ste 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Braden H. Boucek
US ATTORNEY'S OFFICE
167 N Main St
Ste 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT